IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT OFFICE

| | | |
|---|---|---|
| ROBERT NAIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 5:15-cv-13154-JEL-MJH |
| | ) | |
| v. | ) | Judge Levy |
| | ) | Magistrate Judge Hluchaniuk |
| PIONEER CREDIT RECOVERY, INCORPORATED, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, ROBERT NAIMAN, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                                                            Respectfully submitted,
                                                            **ROBERT NAIMAN**

                                          By:    s/ David M. Marco
                                                     Attorney for Plaintiff

Dated: November 11, 2015

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:		dmarco@smithmarco.com